SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and MARCUS FRANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FORD, individually, and as a successor-in-interest to Decedent BRANDON SMITH; B.S., individually and as a successor-in-interest to Decedent BRANDON SMITH, by and through her Guardian ad Litem Keyanna Washington; B.S.J., individually and as a successor-in-interest to Decedent BRANDON SMITH, by and through his Guardian ad Litem Keyanna Washington; and I.S., individually and as a successor-in-interest to Decedent BRANDON SMITH, by and through his Guardian ad Litem Keyanna Washington,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; ANGELLE GARNER, individually; FNU MOSBY, individually; MARCUS FRANK, individually; ELIZABETH ARMANDEREZ, individually; and DOES 1-100,<br><br>Defendants | Case No.: 2:19-cv-01400-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND RELEVANT CUT-OFF DATES** |

TO: THE HONORABLE MAGISTRATE JUDGE CAROLYN K. DELANEY

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record that the discovery cut-off be extended.

The parties are in the process of meeting and conferring on discovery issues and need additional time to complete discovery. In addition, the COVID-19 government orders have caused to delay discovery.

It is stipulated between the parties, that the following cutoff dates be set:

| | |
|---|---|
| FACT DISCOVERY CUT-OFF: | October 26, 2020 |
| EXPERT WITNESS DESIGNATION: | December 28, 2020 |
| SUPPLEMENTAL WITNESS DESIGNATION: | January 25, 2021 |
| NOTICE OF TRIAL READINESS: | March 1, 2021 |
| DEADLINE FOR DISPOSITIVE MOTIONS: | May 3, 2021 |

DATED: April 8, 2020  SUSANA ALCALA WOOD,
City Attorney

By: /s/ SEAN D. RICHMOND
**SEAN D. RICHMOND, ESQ.**
Attorneys for CITY OF SACRAMENTO

DATED: April 8, 2020  LAW OFFICE OF JOHN L. BURRIS

By: /s/ JAMES COOK
**JAMES COOK, ESQ.**
Attorneys for Plaintiffs, YOLANDA FORD, et al.

DATED: April 8, 2020  LONGYEAR & LAVRA, LLP

By: /s/ NICOLE M. CAHILL
**NICOLE M. CAHILL, ESQ.**
Attorneys for Defendant, COUNTY OF SACRAMENTO & ELIZABETH AMANDEREZ

I, Sean D. Richmond, certify that I have permission to affix the signature of James Cook and Nicole M. Cahill to this document by email permission.

**ORDER**

Based on the stipulation of the parties to this action, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Fact Discovery Cut-Off be extended to October 26, 2020;
2. Expert Witness Designation be extended to December 28, 2020;
3. Supplemental Expert Witness Disclosure Conference extended to January 25, 2021;
4. Notice of Trial Readiness extended to March 1, 2021; and
5. Deadline for Dispositive Motions extended to May 3, 2021.

DATED: April 8, 2020

Troy L. Nunley
United States District Judge