XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
MATTHEW ROSS WILSON, State Bar No. 236309
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7313
 Fax: (916) 324-5205
 E-mail: Matthew.Wilson@doj.ca.gov
*Attorneys for Defendants*
*Garner and Mosby*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **YOLANDA FORD, individually, and as a successor-in-interest to Decedent BRANDON SMITH; B.S., individually and as a successor in-interest to Decedent BRANDON SMITH, by and through her Guardian ad Litem Keyanna Washington; B.S.J., individually and as a successor-in-interest to Decedent BRANDON SMITH, by and through his Guardian ad Litem Keyanna Washington; and I.S., individually and as a successor-in-interest to Decedent BRANDON SMITH, by and through his Guardian ad Litem Keyanna Washington,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF SACRAMENTO, a municipal corporation; COUNTY of SACRAMENTO, a municipal corporation; ANGELLE GARNER, individually; FNU MOSBY, individually; MARCUS FRANK, individually; ELIZABETH ARMANDEREZ individually; and DOES 1-100,**<br><br>Defendants. | 2:19-CV-01400-TLN-CKD<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER** |

1    Plaintiffs Ford, B.S., B.S.J., and I.S., and Defendants City of Sacramento, County of
2   Sacramento, Garner, Mosby, Frank, and Armanderez hereby stipulate and request that the clerk's
3   entry of default as to Garner and Mosby, entered on February 21, 2020 (ECF No. 13), be set aside
4   and vacated.
5    Good cause exists to set aside the entry of default. First, the default was not willful. Service
6   of the complaint upon Defendants Garner and Mosby was accepted on their behalf by staff at the
7   headquarters of their employer, the California Department of Corrections and Rehabilitation
8   (CDCR), on October 8, 2019. However, unknown to either Garner or Mosby, CDCR staff
9   inadvertently failed to notify the Office of the Attorney General (OAG) of the lawsuit or forward
10  them the complaint so that the OAG could commence the defense of Garner and Mosby. This
11  oversight was only recently discovered, and thus defense counsel was not assigned until May 26,
12  2020. Secondly, Garner and Mosby believe they have a meritorious defense to this action in that
13  they dispute the key allegations made against them in the complaint and intend to assert statutory
14  and qualified immunities. Lastly, the Plaintiffs will not be prejudiced by setting aside the default.
15  This litigation is still in its early stages, Defendants have acted diligently upon learning of the
16  action, and the Plaintiffs do not oppose setting aside the default.
17   For these reasons, the parties hereby stipulate and request that the entry of default as to
18  Garner and Mosby be set aside and vacated. They further stipulate that Garner and Mosby will
19  file a responsive pleading within 21 days of the Court's order regarding this stipulation.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

| | | |
|---|---|---|
| 1 | Dated: May 28, 2020 | LAW OFFICES OF JOHN L. BURRIS |

/s/ Benjamin Nisenbaum

JOHN L. BURRIS
BENJAMIN NISENBAUM
JAMES COOK
*Attorneys for Plaintiffs*

Dated: May 29, 2020                    LONGYEAR & LAVRA, LLP

/s/ Nicole M. Cahill

VAN LONGYEAR
NICOLE M. CAHILL
*Attorneys for Defendants County of Sacramento and Armanderez*

Dated: May 29, 2020                    SUSAN ALCALA WOOD
City Attorney

/s/ Sean D. Richmond

SEAN D. RICHMOND
Senior Deputy City Attorney
*Attorneys for Defendants City of Sacramento and Frank*

Dated: May 29, 2020                    XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

/s/ Matthew Ross Wilson

MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendants Garner and Mosby*

SA2020301381
34120059

**ORDER**

Good cause appearing, the parties' stipulation to set aside the entry of default as to Defendants Garner and Mosby is GRANTED. Defendants Garner and Mosby are to file a responsive pleading within 21 days.

IT IS SO ORDERED.

DATED: June 1, 2020

Troy L. Nunley
United States District Judge