UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FORD, et al.<br><br>                     Plaintiffs,<br><br>   v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>                     Defendants. | Case No.: 2:19-cv-01400-TLN-CKD<br><br>**ORDER APPOINTING KEYANNA WASHINGTON AS GUARDIAN AD LITEM FOR MINORS B.S.J., B.S., I.S.** |

     Good cause appearing and pursuant to Federal Rule of Civil Procedure 17(c), the Court GRANTS the parties' motion. (ECF No. 21.) Keyanna Washington is now appointed guardian *ad litem* of Minors B.S.J, B.S. and I.S.

     IT IS SO ORDERED.

DATED: October 6, 2020

                                                             Troy L. Nunley
                                                             United States District Judge