1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  MATTHEW ROSS WILSON, State Bar No. 236309
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7313
6    Fax: (916) 324-5205
     E-mail: Matthew.Wilson@doj.ca.gov
7  *Attorneys for Defendants Garner and Mosby*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **YOLANDA FORD, individually, and as a successor-in-interest to Decedent BRANDON SMITH; B.S., individually and as a successor-in-interest to Decedent BRANDON SMITH, by and through her Guardian ad Litem Keyanna Washington; B.S.J., individually and as a successor-in-interest to Decedent BRANDON SMITH, by and through his Guardian ad Litem Keyanna Washington; and I.S., individually and as a successor-in-interest to Decedent BRANDON SMITH, by and through his Guardian ad Litem Keyanna Washington,,** <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF SACRAMENTO, a municipal corporation; COUNTY of SACRAMENTO, a municipal corporation; ANGELLE GARNER, individually; FNU MOSBY, individually; MARCUS FRANK, individually; ELIZABETH ARMANDEREZ individually; and DOES 1-100,** <br><br> Defendants. | 2:19-CV-01400-TLN-CKD <br><br> **STIPULATION AND ORDER TO EXTEND RELEVANT CUT-OFF DATES AND RELATED DEADLINES** |

1

**IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel of record, that the cut-off dates and deadlines be extended.

Defendants Garner and Mosby have subpoenaed necessary records in this case. However, those records have not yet been received due to unexpected delays related to the COVID-19 crisis. Until those records are received, it is not possible for their experts to review them and prepare their expert reports. Defendants Garner and Mosby therefore require additional time to complete discovery.

For these reasons, it is stipulated between the parties that the following cut-off dates be set:

1. Fact discovery cut-off:  February 24, 2021
2. Expert witness designation:  February 26, 2021
3. Supplemental expert witness designation:  March 26, 2021
4. Notice of trial readiness:  April 30, 2021
5. Deadline for dispositive motions:  July 2, 2021

Dated:  December 14, 2020

XAVIER BECERRA
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

*/s/ Matthew Ross Wilson*

MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendants Garner and Mosby*

Dated:  December 14, 2020

SUSANA ALCALA WOOD
City Attorney

*/s/ Sean D. Richmond*

SEAN D. RICHMOND, ESQ.
*Attorneys for Defendants Frank and City of Sacramento*

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated:  December 14, 2020 | LONGYEAR & LAVRA, LLP |
| 2 | | */s/ Nicole M. Cahill* |
| 3 | | NICOLE M. CAHILL, ESQ. |
| 4 | | *Attorneys for Defendants County of Sacramento and Almendarez* |
| 5 | Dated:  December 14, 2020 | LAW OFFICE OF JOHN L. BURRIS |
| 6 | | */s/ James Cook* |
| 7 | | JAMES COOK, ESQ. |
| 8 | | *Attorneys for Plaintiffs Ford, et al.* |

9  / / /

10  / / /

11  / / /

**ORDER**

Based on the stipulation of the parties to this action, and good cause appearing therefore,

**IT IS ORDERED** that:

1. Fact discovery cut-off be extended to February 24, 2021
2. Expert witness designation be extended to February 26, 2021
3. Supplemental expert witness designation be extended to March 26, 2021
4. Notice of trial readiness be extended to April 30, 2021
5. Deadline for dispositive motions be extended to July 2, 2021

Dated: December 14, 2020

_____
Troy L. Nunley
United States District Judge

Stipulation and Order to Extend Cut-Off Dates and Related Deadlines  (2:19-CV-01400-TLN-CKD)