LONGYEAR & LAVRA, LLP
Van Longyear, CSB No. 84189
Nicole M. Cahill, CSB No. 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants COUNTY OF SACRAMENTO
and ELIZABETH ALMENDAREZ (erroneously sued as "Elizabeth Armanderez")

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FORD, individually, and as a successor-in-interest to Decedent BRANDON SMITH; B.S., individually and as successor-in-interest to Decedent BRANDON SMITH, by and through her Guardian ad Litem Keyanna Washington; B.S.J., individually and as successor-in-interest to Decedent BRANDON SMITH, by and through his Guardian ad Litem Keyanna Washington; I.S., individually and as successor-in-interest to Decedent BRANDON SMITH, by and through his Guardian ad Litem Keyanna Washington,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; ANGELLE GARNER, individually; FNU MOSBY, individually; MARCUS FRANK, individually; ELIZABETH ARMANDEREZ, individually; and DOES 1-100<br><br>Defendants. | Case No. 2:19-CV-01400-TLN-CKD<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL AS TO THE COUNTY OF SACRAMENTO AND ELIZABETH ALMENDAREZ** |

1. In consideration for a waiver of all attorney's fees and litigation costs, the Plaintiffs have agreed to dismiss with prejudice any and all claims arising from their Complaint against the County of Sacramento and Elizabeth Almendarez, erroneously sued herein as Elizabeth Armanderez.

STIPULATION AND ORDER FOR PARTIAL DISMISSAL AS TO THE COUNTY OF SACRAMENTO AND
ELIZABETH ALMENDAREZ
Page 1

2. Each side to bear its own fees and costs.

Dated:  January 7, 2021				LONGYEAR & LAVRA, LLP


						By:  /s/ Nicole M. Cahill
							VAN LONGYEAR
							NICOLE M. CAHILL
							Attorneys for Defendants
							COUNTY OF SACRAMENTO and
							ELIZABETH ALMENDAREZ


Dated: January 7, 2021				LAW OFFICES OF JOHN L. BURRIS


						By: /s/ James Cook [as authorized 1-6-21]
							John L. Burris, SBN 69888
							Benjamin Nisenbaum, SBN 222173
							James Cook, SBN 300212


**ORDER**

Pursuant to the stipulation, the defendants County of Sacramento and Elizabeth Almendarez, sued herein as Elizabeth Armanderez, are hereby dismissed, with prejudice.


Dated:  January 7, 2021

						_____
						Troy L. Nunley
						United States District Judge