**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiff,
YOLANDA FORD, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FORD, et. al., | Case No. 2:19-cv-01400-TLN-CKD |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' MINOR'S COMPROMISE DOCUMENTS** |
| v. | |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

The Court hereby grants Plaintiffs' request to seal portions of the Minor's Compromise for minor plaintiffs B.S., I.S., and B.S.J. Minor Plaintiff's names and birthdates shall be filed under seal.

**IT IS SO ORDERED.**

DATED: August 2, 2022

_____
Troy L. Nunley
United States District Judge